UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Norma Leticia Sanchez-Hernandez,
Petitioner,

vs.

CASE NO. 12-CV-11968-DT
Honorable David M. Lawson

Robin Baker, District Director, Bureau
of Immigration and Customs Enforcement,
Respondent.
_____/



## ORDER REQUIRING RESPONSIVE PLEADING AND STAYING REMOVAL

A Petition for a Writ of Habeas Corpus having been reviewed and it appearing that the Petition is not subject to summary dismissal on initial review;

IT IS ORDERED that a responsive pleading, along with relevant or supporting documents, be filed in this matter on or before **May 15, 2012**. The petitioner may respond by **May 29, 2012**. This order is entered pursuant to Rule 1(b) of the Rules Governing Section 2254 Cases.

IT IS FURTHER ORDERED that the Clerk of the Court serve a copy of this order and the petition on the respondent via first class mail, and provide copies to the United States Attorney via first class mail and facsimile.

In order to preserve the Court's jurisdiction over this matter, it is ordered that the petitioner's removal of deportation is hereby **stayed** until further order of the Court. See 28 U.S.C. §1651. For good cause shown the Government may move to vacate this stay.

The named respondent in a matter seeking review of a decision of the Bureau of Immigration and Customs Enforcement is the Director of that agency. Therefore, IT IS ORDERED that the caption of his case is amended as shown above.

"Judge Sean F. Cox
Acting in the absence of Judge

DAVID LAWSON"

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: May 1, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 1, 2012 by electronic mail, upon Respondent via Fist Class Mail and upon the United States Attorney via First Class Mail and facsimile.

S/Jennifer Hernandez
Case Manager